JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-355 JLR |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| vs. | ) ) | |
| ROBERT D. G. GAVIN | ) ) | |
| Defendant. | ) ) ) | |

THE COURT having considered the unopposed motion of the parties to continue the trial date and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case and that the continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from February 27, 2007, to June 19, 2007.

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL
(*Robert Gavin;* #06-355JLR)            1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1   IT IS FURTHER ORDERED that the period of time from the current trial date of
2   February 27, 2007, up to and including the new proposed trial date of June 19, 2007, shall be
3   excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.
4   DONE this 5th day of February, 2007.

5

6

7   JAMES L. ROBART
    United States District Judge
8

9   Presented by:

10

11  s/  Timothy R. Lohraff
    WSBA # 32145
12  Attorney for Robert D. G. Gavin
    Federal Public Defender's Office
13  1601 Fifth Avenue, Suite 700
14  Seattle, WA   98101
    Phone:   (206) 553-1100
15  Fax:     (206) 553-0120
    tim_lohraff@fd.org
16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL
(*Robert Gavin;*  #06-355JLR)           2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**